JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAR 20 1990

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 835

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE CONTINENTAL CAPITAL AND CREDIT, INC., AUTOMOBILE RECEIVABLES CONTRACT LITIGATION

First National Bank of Fayetteville, Arkansas, et al. v. National Bank of Commerce v. First National Bank of Fayetteville, et al., W.D. Arkansas, C.A. No. 89-5061

The First National Bank of Dubuque v. The National Bank of Commerce, etc. v. The First National Bank of Dubuque, N.D. Iowa, C.A. No. C89-1016

First National Bank of McConnellsburg, et al. v. Commerce Investment Corporation, et al., C.D. California, C.A. No. CA89-0819-LTL

ORDER DEEMING MOTION WITHDRAWN
AND
VACATING MARCH 29, 1990 HEARING

This matter is before the Panel on a motion by National Bank of Commerce, defendant in the above-captioned actions, to centralize those actions in a single district, pursuant to 28 U.S.C. §1407, for coordinated or consolidated pretrial proceedings. Movant now seeks to withdraw its Section 1407 motion in light of an impending trial date in one of the three actions.

IT IS THEREFORE ORDERED that the motion filed by defendant National Bank of Commerce be, and the same hereby is, DEEMED WITHDRAWN.

IT IS FURTHER ORDERED that the Hearing Order and attached Schedule of Matters filed on February 14, 1990, as amended on February 22, 1990, be, and the same hereby are, VACATED insofar as they relate to the above-referenced litigation.

FOR THE PANEL:

Andrew A. Caffrey
Chairman